UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.

EDOUARDO ST. FORT,

*Defendant.*

No. 26-mj-08087-PGL

### ORDER OF REMOVAL

LEVENSON, U.S.M.J.

The above-named individual was arrested in the District of Massachusetts on March 31, 2026, upon an arrest warrant issued by the United States District Court for the Eastern District of New York. The warrant, dated March 27, 2026, arises from a indictment in that district (E.D. New York, Docket No. 26-CR-00069). Docket No. 1.

Represented by provisionally appointed counsel, Defendant appeared before this Court for an initial appearance on March 31, 2026. Docket No. 6. At the initial appearance, Defendant was informed of the procedures of Rule 20 of the Federal Rules of Criminal Procedure. Defendant consented to removal to the Eastern District of New York. The Government agreed to conditions of release, which were ordered. Mr. St. Fort waived an identity hearing; I find that he is the person named in the arrest warrant.

ACCORDINGLY, the Court orders that Defendant be released on an unsecured bond and orders him to appear in the Eastern District of New York to face the charges against him.

IT IS ORDERED: Defendant shall appear as directed in the United States District Court for the Eastern District of New York, and promptly notify the United States Attorney and the Clerk of Court for that district of his arrival, so that further proceedings may be promptly scheduled.

2

Failure to appear may result in revocation of release and the issuance of a warrant.

The Clerk is directed to send this order and the original papers in this matter to the Clerk, United States District Court, Eastern District of New York.

/s/ Paul G. Levenson
Paul G. Levenson
Dated: April 1, 2026                         U.S. MAGISTRATE JUDGE

2